## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL ALFRED JOHNSON,<br><br>      Petitioner,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>      Respondent. | Civil No. 22-294 (JRT/ECW)<br><br>**ORDER** |

Michael Alfred Johnson, OID# 264030, 7600 525th Street, Rush City, MN 55069, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated March 23, 2022, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Petitioner Michael Alfred Johnson's letter to the Court—construed as a habeas petition subject to 28 U.S.C. § 2254—be **DISMISSED** without prejudice.

2. No certificate of appealability be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 19, 2022
at Minneapolis, Minnesota

                                                                    _____s/John R. Tunheim_____
                                                                               JOHN R. TUNHEIM
                                                                                   Chief Judge
                                                             United States District Court